THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DREW JAMES PICARD,<br><br>   Defendant. | CASE NO. CR15-0005-JCC<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |

This matter comes before the Court on Defendant's unopposed motion to continue trial date and pretrial motions due date (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court makes the following findings:

1. The Court finds that a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that Defendant's unopposed motion is GRANTED. The trial date in this matter is continued from March 16, 2015, to May 26, 2015 at 9:00 a.m. All pretrial motions, including motions in limine, shall be filed no later than May 19, 2015.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of May 26, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 18th day of February 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL
MOTIONS DUE DATE
PAGE - 2