THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0005-JCC |
| Plaintiff, | ORDER |
| v. | |
| DREW JAMES PICARD, | |
| Defendant. | |

This matter comes before the Court on the Government's emergency motion to continue the disposition and evidentiary hearing (Dkt. No. 102). The Government moves to continue the disposition and evidentiary hearing scheduled for August 21, 2018 due to the unavailability of the United States Probation Officer, who the Government asserts is a critical witness regarding Defendant's most recent alleged supervised release violation. (*Id*. at 2.) Finding good cause, the Court GRANTS the Government's motion (Dkt. No. 102). The disposition and evidentiary hearing is continued to October 16, 2018 at 9 a.m.

DATED this 16th day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR15-0005-JCC
PAGE - 1